# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JABIR POPE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON; and Former Boston Police Detectives and/or Officers, PETER J. O'MALLEY, JAMES T. CURRAN & ROBERT FLYNN, *in their individual capacities*, as well as-yet-unknown Boston Police Officers and/or Supervisors JOHN and JANE DOES 1 THROUGH 20, <br><br> Defendants. | Civil Action No. 1:24-CV-10980-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## <u>MELISSA BRUMER</u>

Please take notice that pursuant to Local Rule 83.5.2(c), Melissa Brumer of Goodwin Procter LLP hereby withdraws her appearance as counsel of record for Plaintiff Joseph Jabir Pope in the above-captioned action. Plaintiff will continue to be represented by all other attorneys who have entered appearances in this matter.

Dated: March 25, 2025

                                                                                                                                                          Respectfully submitted,

                                                                                                                                                          */s/ Melissa Brumer*
                                                                                                                                                          Melissa Brumer (*pro hac vice*)
                                                                                                                                                          Goodwin Procter LLP
                                                                                                                                                          620 Eighth Avenue
                                                                                                                                                          New York, NY 10018
                                                                                                                                                          Tel.: (212) 813-8800
                                                                                                                                                          mbrumer@goodwinlaw.com

## CERTIFICATE OF SERVICE

I, Melissa Brumer, hereby certify that on March 25, 2025 a true and correct copy of the foregoing was served by electronic mail on counsel of record for all parties.

*/s/ Melissa Brumer*
Melissa Brumer